598 A.2d 30

Max WEINER, Committee for a Better North Philadelphia, Consumer Party, Libertarian Party, Jack McDavid, Linda Morrison, the National Taxpayers Petition and Gray Smith, Appellants,

v.

The CITY OF PHILADELPHIA and W. Wilson Goode, Mayor, Betsy Reveal, Finance Director, and Pennsylvania Convention Center Authority.

Supreme Court of Pennsylvania.

Argued Sept. 23, 1991.

Decided Oct. 31, 1991.

Eric B. Schnurer, Philadelphia, for appellants.

Thomas J. Wamser, First Deputy City Sol., for City of Philadelphia, W. Wilson Goode and Elizabeth Reveal.

Barbara W. Mather, Pepper, Hamilton & Scheetz, Philadelphia, for Pennsylvania Convention Center Authority.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

ZAPPALA, J., did not participate in the consideration or decision of this case.

LARSEN and PAPADAKOS, JJ., dissent.